UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE F05-0038--CR (TWH)
"USA V RODNEY M. BERRY"
DEF 1.1 BERRY, RODNEY M.

Including terminated defendants, excluding terminated counsel

```
  Presiding Judge:  The Honorable Terrance W. Hall, U.S. Magistrate Judge
 Magistrate Judge:
            Filed:  11/03/05
           Closed:  NO
No. of Defendants:  1
  MJ Case Number:
              AKA:
  Location status:  Not specified
       Trial date:
       Terminated:  NO
 Needs interpreter: NO
 Counsel of record: Rodney M. Berry
                    Pro Per
                    101 Town Ct.
                    Platte City, MO 64079
                    816-679-1757
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial
```

PLF 1.1 UNITED STATES OF AMERICA

```
Counsel of record: J. Thomas Bartleson
                   Special Assistant U.S. Attorney
                   101 12th Avenue, Room 310
                   Box 2
                   Fairbanks, AK 99701
                   907-353-6554
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial
```

Counts re: DEF 1.1 BERRY, RODNEY M.

| Document | Count | Citation and Description | Disposition |
|----------|-------|--------------------------|-------------|
| 1 -   1 INF | 1 | 18:13-7210 OPERATING A VEHICLE WHILE INTOXICATED (M). | Pending |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE F05-0038--CR (TWH)
"USA V RODNEY M. BERRY"

For all filing dates

Presiding Judge:  The Honorable Terrance W. Hall, U.S. Magistrate Judge
Magistrate Judge:
          Filed: 11/03/05
         Closed: NO
No. of Defendants: 1

| Document # | Filed | Docket text |
|---|---|---|
| NOTE - 1 | 11/03/05 | Issued: Summons. |
| 1 - 1 | 11/03/05 | [Re: DEF 1] PLF 1 Information. |
| 2 - 1 | 11/03/05 | [Re: DEF 1] TWH Minute Order scheduling arraignment for 1/5/06 at 11:00 a.m. in Fairbanks.  cc: USA; USM; USPO; Defendant; MJ Hall. |
| 3 - 1 | 11/08/05 | Return of Service of summons by USMS on 11-7-05. |