M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 30 PM 4:16

TG

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RODNEY MICHAEL BERRY,<br><br>    Defendant. | Case No. F05-0038 CR (TWH)<br><br>**MOTION ON SHORTENED TIME FOR DEFENDANT TO APPEAR TELEPHONICALLY AT MISDEMEANOR ARRAIGNMENT**<br>(Filed on Shortened Time) |

Defendant, Rodney Michael Berry, by and through counsel M. J. Haden, Staff Attorney, moves this court on shortened time to proceed with Mr. Berry's arraignment in the above-captioned matter without the defendant's physical presence, but with his telephonic appearance. This motion is filed on shortened time because Mr. Berry's arraignment is scheduled for January 5, 2006, at 11:00 a.m.

Mr. Berry resides in Platte City, Missouri. Travel from Missouri to Fairbanks requires at least one overnight stay. At the current time, Mr. Berry is indigent and cannot afford to purchase transportation from Missouri to Fairbanks. In order to conserve

4

economic resources, Mr. Berry requests that he be allowed to appear telephonically for the misdemeanor arraignment.

This motion is made pursuant to Rule 43(a) of the Federal Rules of Criminal Procedure and is supported by the attached affidavit of counsel. Special Assistant United States Attorney Captain Bartleson was unavailable for comment. Mr. Berry has been sent a consent to appear telephonically, which will be filed with the court upon it's return to the Office of the Federal Public Defender.

DATED this 30th day of December, 2005.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

M. J. Haden
Staff Attorney

Certification:

I certify that on December 30, 2005, I mailed a copy of this document to:

J. Thomas Bartleson, Esq.
Special Assistant United States Attorney
U.S. Attorney's Office
101 12th Avenue, Box 2, Room 310
Fairbanks, AK 99701

Lenora L. Roehling

2

M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RODNEY MICHAEL BERRY,<br><br>　　　　Defendant. | Case No. F05-0038 CR (TWH)<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br>THIRD JUDICIAL DISTRICT | ss. |

M. J. Haden, being first duly sworn upon oath, deposes and states:

1. I am the attorney in the above-captioned case.

2. All the representations contained in the attached motion are true and correct to the best of my knowledge.

3. On December 30, 2005, I spoke with Mr. Berry over the telephone. Mr. Berry relayed the following information concerning his location and financial status.

4. Mr. Berry advised that he currently resides in Platte City, Missouri. He has resided in Missouri since 1985. During January 2004, he was temporarily residing in Fairbanks, Alaska, working on a construction project.

5. Mr. Berry advised that he currently is working part-time as an independent contractor preforming heat and air work. His work is sporadic. He has earned as much as $1,000 a month. When work is slow he collects $250 a week in unemployment benefits.

6. Mr. Berry advised that he has the following expenses: $1,000 a month rent; $300 to $400 a month utilities; $5,000 is outstanding credit card debt; and a $11,000 loan from his mother to whom he pays $450 a month.

7. Mr. Berry reports that does not own any motor vehicles or real property. He reports no assets over $1,000. He has a checking account with an unknown balance, and $400 in cash.

8. At the present time, Mr. Berry reports that he does not have the funds to purchase transportation from Missouri to Fairbanks, Alaska. He requests that he be allowed to appear telephonically for his arraignment on January 5, 2005.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

M. J. Haden

SUBSCRIBED AND SWORN to before me this 30th day of December, 2005.

STATE OF ALASKA
NOTARY PUBLIC
Lenora L. Roehling
My Commission Expires: March 14, 2007

Notary Public in and for Alaska
My Commission Expires: 3/14/2007

2