FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2006 JAN -4 PM 1: 31



UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. F05-0038 CR (TWH) |
| vs. | ORDER |
| RODNEY MICHAEL BERRY, | |
| Defendant. | |

After due consideration of defendant's motion on shortened time for Defendant to appear telephonically at his arraignment, the court GRANTS/~~DENIES~~ the motion.

It is further ordered that the motion to allow Mr. Berry to appear telephonically at the arraignment set for January 5, 2006, at 11:00 a.m., be GRANTED. Mr. Berry is to call (907) 456-3310 at 11:00 a.m., Alaska Standard Time, on January 5, 2006.

DATED  4 Jan 2006 , in Fairbanks, Alaska.

U.S. DISTRICT JUDGE/MAGISTRATE JUDGE