MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs RODNEY MICHAEL BERRY        CASE NO. F05-0038 CR (TWH)
Defendant: X  Present    (TELEPHONIC)

BEFORE THE HONORABLE     TERRANCE W. HALL

DEPUTY CLERK/RECORDER:    MISTY DAVENPORT

UNITED STATES ATTORNEY:   J. THOMAS BARTLESON, SAUSA

DEFENDANT'S ATTORNEY:     M.J. HADEN

U.S.P.O.:                 MARCI LUNDGREN

PROCEEDINGS: ARRAIGNMENT  Held: 01/05/06
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:18 a.m. court convened.

 X Copy of Inf/Ind/Cmplt given to defendant: waived reading.

 X Defendant sworn.

 X Waived full advisement.

 X Defendant advised of charges and penalties.

 X Defendant states true name: RODNEY MICHAEL BERRY
 X Financial Affidavit filed.

 X Federal Public Defender accepted appointment.

 X PLEA(S):    ___Guilty to Counts _____
              X  Not Guilty to Counts 1

 X Court accepted plea(s).  X Referred to P.O. for presentence
                                report.

 X Consent to be filed on or before *January 12, 2006* or case
shall be transferred to U.S. District Judge.

 X Conditions of Release filed.

 X Pretrial motions due   *January 25, 2006*

At 11:37 a.m. court adjourned.


DATE:   1/6/06          DEPUTY CLERK'S INITIALS:    MLD