M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>RODNEY MICHAEL BERRY,<br><br>               Defendant. | Case No. F05-0038 CR (TWH)<br><br>**DEFENDANT'S NOTICE OF INTENT TO CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE** |

       Defendant, Rodney Michael Berry, by and through counsel M. J. Haden, Staff Attorney, hereby notifies the court of his intent to consent to proceed before a United States Magistrate in the above-styled case.  Mr. Berry is in the process to executing AO Form 86A, Consent to Proceed Before United States Magistrate in a Misdemeanor Case, and will file a signed copy as soon as it is received by counsel.

///

///

///

///

DATED this 12th day of January, 2005.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on January 12, 2006, a copy of the foregoing documents was served by mail on:

J. Thomas Bartleson, Esq.
Special Assistant United States Attorney
U.S. Attorney's Office
101  12th Avenue, Box 2, Room 310
Fairbanks, AK  99701

/s/ M. J. Haden