**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

  UNITED STATES OF AMERICA   v.   RODNEY M. BERRY

THE HONORABLE TERRANCE W. HALL

D<small>EPUTY</small> C<small>LERK</small>                                                    CASE NO.  4:05-CR-00038-TWH

 CAROLYN BOLLMAN


PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: February 13, 2006

      A Final Pretrial Conference is scheduled for Thursday, March 9, 2006 at 10:00 a.m. in Courtroom 2, Fairbanks, Alaska.

[]{IA.WPD*Rev.12/96}