DEBORAH M. SMITH
Acting United States Attorney

J. THOMAS BARTLESON
Special Assistant U.S. Attorney
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Telephone: (907)353-6554/6500
Fax:(907)353-6501
Email:  tom.bartleson@us.army.mil

Attorneys for the Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>    Plaintiff,<br><br>    v.<br><br>**RODNEY MICHAEL BERRY,**<br><br>    Defendant | Case Number  4:05-cr-038 -TWH<br><br>**GOVERNMENT'S MOTION ON SHORTENED TIME TO VACATE PRETRIAL CONFERENCE AND ORDER** |

COMES NOW, the Special Assistant United States Attorney, and files this Motion on Shortened Time to vacate the pretrial conference in the above-titled case which is currently scheduled for 9:30 a.m., Thursday, March 9, 2006.  The Special Assistant United States Attorney and the Public Defender have reached an agreement which should resolve the case without trial.

Respectfully submitted, this 27th Day of February, 2006, at Fairbanks, Alaska.


DEBORAH M. SMITH
Acting United States Attorney

s/J. Thomas Bartleson
J. THOMAS BARTLESON
Special Assistant U.S. Attorney
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Telephone: (907)353-6554/6500
Fax:(907)353-6501
Email:  tom.bartleson@us.army.mil

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2006, a copy of the following **GOVERNMENT'S MOTION ON SHORTENED TIME TO VACATE PRETRIAL CONFERENCE AND PROPOSED ORDER,** served electronically on M. J. Haden.

s/J. Thomas Bartleson