**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **RODNEY MICHAEL BERRY,** <br><br> Defendant | Case Number 4:05-cr-038 -TWH <br><br> **[PROPOSED] ORDER** |

On this _____ day of _____, 2006 came the Government's Motion to Vacate Pretrial Conference and the Motion is hereby GRANTED/DENIED.

_____
TERRANCE W. HALL
U. S. Magistrate Judge