M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>RODNEY MICHAEL BERRY,<br><br>  Defendant. | Case No. 4:05-cr-0038-TWH<br><br>**DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION TO VACATE FINAL PRE-TRIAL CONFERENCE** |

Defendant, Rodney Michael Berry, by and through counsel M. J. Haden, Staff Attorney, files the following response to the government's motion to vacate the final pre-trial conference currently scheduled for Thursday, March 9, 2006.

The government is correct that the parties have discussed and tentatively reached a settlement in this case.  The government has agreed to the following terms: (1) Mr. Berry will plead guilty to a superseding information charging him with reckless driving; (2) the government will dismiss the count of DWI; (3) the parties, by way of Rule 11(c)(1)(C), agree that the appropriate disposition should be 3 days incarceration with no supervision to follow, a $250 fine, and a $25 special assessment.  However, Mr. Berry

has not received a formal plea agreement from the government.  Mr. Berry anticipated receiving the written plea agreement prior to the final pre-trial conference so that the proceeding could be rescheduled for a change of plea hearing.  The speedy trial period expires on March 16, 2006.  Mr. Berry currently is on pre-trial release with numerous restrictions on his liberty.  Without a formal written plea agreement, Mr. Berry is reluctant to waive his speedy trial rights.  Thus, under the circumstances, Mr. Berry is opposed to vacating the final pretrial conference.

DATED this 7th day of March, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on March 7, 2006, a copy of the foregoing documents, with attachments,  was served electronically on:

J. Thomas Bartleson, Esq.

/s/ M. J. Haden