```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

U.S.A. vs. __RODNEY MICHAEL BERRY__   CASE NO. __4:05-CR-0038__
Defendant: _X_ Present (TELEPHONIC)

BEFORE THE HONORABLE: _____TERRANCE W. HALL_____

DEPUTY CLERK/RECORDER: _____MISTY DAVENPORT_____

UNITED STATES' ATTORNEY: ____CAPT. J. THOMAS BARTLESON *_____

DEFENDANT'S ATTORNEY: _____M.J. HADEN_____

U.S.P.O.: _____MARCI LUNDGREN_____

_*_ Telephonic Appearance

PROCEEDINGS: FINAL PRETRIAL CONFERENCE  Held: 03-09-06
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:05 a.m. court convened.

Court and counsel heard re plea agreement matters; nothing in writing yet.

Court and counsel heard re government will get the plea agreement in writing to defendant's counsel by Monday or Tuesday of next week.

Court and counsel heard re status hearing has been set for Wednesday, March 15, 2006 @ 9:00 a.m.

Court and counsel heard re change of plea and sentencing has been set for Thursday, April 20, 2006 @ 9:00 a.m.

At 10:25 a.m. court adjourned.

DATE: __03-10-06__        DEPUTY CLERK'S INITIALS: __MLD__