M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>RODNEY MICHAEL BERRY,<br><br>　　　　　　Defendant. | Case No. 4:05-cr-0038-TWH<br><br>**NOTICE OF<br>INTENT TO CHANGE PLEA** |

　　　　Defendant, Rodney Michael Berry, by and through counsel M. J. Haden, Staff Attorney, notifies this court of his intent to change his plea to guilty.  The parties have reached a negotiated disposition in this case and a written plea agreement is in the process of being signed.  The signed, written plea agreement will be filed with the court upon completion.

　　　　The parties have agreed to the following disposition:  (1) Mr. Berry will plead guilty to a superseding information charging him with reckless driving; (2) the government will dismiss the count of DWI; (3) the parties, by way of Rule 11(c)(1)(C), agree that the

appropriate disposition should be 3 days incarceration with no supervision to follow, a $250 fine, and a $25 special assessment.

DATED this 14th day of March, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on March 14, 2006, a copy of the
foregoing document was served electronically on:

J. Thomas Bartleson, Esq.

/s/ M. J. Haden