```
            MINUTES OF THE UNITED STATES DISTRICT COURT
                        DISTRICT OF ALASKA
```

U.S.A. vs.   RODNEY MICHAEL BERRY   CASE NO. 4:05-CR-0038-TWH
Defendant: X Present (TELEPHONIC)

BEFORE THE HONORABLE:        TERRANCE W. HALL

DEPUTY CLERK/RECORDER:       MISTY DAVENPORT

UNITED STATES' ATTORNEY:     CAPT. J. THOMAS BARTLESON (TELEPHONIC)

DEFENDANT'S ATTORNEY:        M.J. HADEN (TELEPHONIC)

U.S.P.O.:                    MARCI LUNDGREN

PROCEEDINGS: STATUS HEARING  Held: 03-15-06
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:04 p.m. court convened.

Court and counsel heard re status hearing.

Court and counsel heard re Notice of Intent to Change Plea.

Counsel heard re Bail Review Hearing set for Monday, April 17, 2006 @ 11:30 a.m.

Counsel heard re Change of Plea/Imposition of Sentence set for Thursday, April 20, 2006 @ 9:00 a.m.

At 9:11 a.m. court adjourned.

DATE:    03-15-06            DEPUTY CLERK'S INITIALS:   MLD