DEBORAH M. SMITH
Acting United States Attorney

J. Thomas Bartleson
Special Assistant U.S. Attorney
101 12th Avenue
Box 2, Room 310
Fairbanks, Alaska 99701
Telephone: (907)353-6513/6500
Fax:(907)353-6501

Attorney for the Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RODNEY MICHAEL BERRY,<br><br>    Defendant. | No. F05-0038 CR (TWH)<br><br>**PLEA AGREEMENT** |

Pursuant to Rule 11(e)(1)(A) and (B), Federal Rules of Criminal Procedure, this memorandum confirms the complete plea agreement between the United States and RODNEY MICHAEL BERRY. No other agreement, understanding, or promise exists between these parties.

### The Defendant's Promise

The Defendant agrees to plead guilty to a one count superseding information charging him with: COUNT I -Reckless Driving, in violation of Alaska Stat. § 28.35.040, as assimilated into federal law by operation of 18 U.S.C. § 13. The maximum punishment for COUNT I, a Class A Misdemeanor, is 1 year imprisonment, a $1000.00 fine, and a

$25 special assessment.  See 18 U.S.C. § 7, and Alaska Stat. § 28.35.040(b).

The defendant has read and fully understands the nature and elements of the crime charged in the Information, and the terms and conditions of this plea agreement, and will advocate the disposition agreed to herein.  The defendant withdraws all previous pleas to enter a plea of guilty to the charge of Reckless Driving.

The defendant understands this agreement binds only the undersigned parties and no other Federal, state, or local authority. The defendant acknowledges no promises have been made regarding any civil or administrative or immigration consequences resulting from this plea of guilty.

### The Government's Promise

In exchange, the government agrees to dismiss the one count information presently pending in this case which charges the defendant with: COUNT I - Driving While Intoxicated, in violation of Alaska Stat. § 28.35.030 as assimilated into federal law by operation of 18 U.S.C. § 13.

### Elements

The United States must prove each of the following elements beyond a reasonable doubt for Count I:  1.  That the Defendant drove a motor vehicle upon Fort Wainwright, Alaska, a military post within the jurisdiction of the United States;  2.  That defendant drove the vehicle in a manner that created a substantial and unjustifiable risk of harm to a person or to property.

### Sentence Recommendation

Both parties agree that, under § 2X5.1 of the Federal Sentencing Guidelines, no sufficiently analogous guideline exists for the offense of Reckless Driving.

Pursuant to 18 U.S.C. § 3553(b), both parties agree an appropriate sentence in this case is:

1) Three (3) days incarceration;
2) a $250.00 fine, and,
2) a $25 special assessment.

Both parties agree that the sentence reflects the seriousness of the offense, will promote respect for the law, and will provide a just punishment.

### Factual Basis for the Plea

Both parties agree that the factual basis for the offense is as follows. Reckless Driving is a lesser included offense of Driving While Intoxicated under Alaska Statutes. On January 22, 2005, the defendant, RODNEY MICHAEL BERRY, drove a red Ford F150 on Gaffney Road in a very erratic manner. Fort Wainwright, Alaska is property within the special maritime and territorial jurisdiction of the United States and is within the District of Alaska. Gaffney Road is a vehicular way within the boundaries of Fort Wainwright, Alaska. Defendant swerved back and forth between the two lanes of traffic.

A Military Police Officer ("MP") pulled Defendant over at approximately 2210 hours. The MPs requested that Mr. Berry step out of the vehicle after detecting an odor of alcohol. The MPs conducted

Field Sobriety Tests which the defendant failed, and a breath test, which Defendant also failed, registered a BRAC of .196%.

### Waiver of Rights and Consequences of Plea

I, Rodney Michael Berry, being of sound mind and under no compulsion, threat, or promises, except as previously stated, acknowledge that I have read this plea agreement, that I understand its terms and conditions, and that the matters set forth herein, including the facts that support my guilty plea, are true and correct.

A.  I wish to enter a plea of guilty to Count I of the Information charging me with Reckless Driving because I am guilty. I understand the nature and elements of the crime to which I am pleading guilty. I understand that by pleading guilty I am admitting that the allegations against me in the Count to which I am pleading are true.

B.  I acknowledge that I have been advised and understand that by entering a plea of guilty I am waiving, that is giving up, certain rights guaranteed to me. Specifically, by pleading guilty I knowingly and voluntarily give up the following rights:

• The right to plead not guilty or to persist in that plea if it has already been made;

• The right to a speedy and public trial by a jury both as to guilt or innocence and as to the forfeiture of any money or property;

• The right to object to the composition of the petit jury;

- The right to be presumed innocent and not to suffer any criminal penalty or criminal forfeiture unless and until my guilt is established beyond a reasonable doubt;
- The right to confront and cross-examine witnesses against me, and the right to subpoena witnesses to appear on my behalf;
- The right to remain silent at trial, with such silence no to be used against me, and the right to testify on my own behalf;
- The right to contest the validity of search warrants executed on my property or person;
- The right to appeal or contest, directly or collaterally my conviction, any criminal forfeiture, or any sentence on any ground unless the court imposes a sentence in excess of the statutory maximum or a sentence that is contrary to the sentencing guidelines or a sentence that violates this plea agreement.

    C. I understand if I were convicted after a trial, I could appeal the conviction; but that pleading guilty, I give up the right to appeal my conviction.

    D. I understand the court may ask me questions about the offense to which I plead guilty. If I answer falsely under oath, on the record, and in the presence of counsel, my answers may later be used against me in a prosecution for perjury or making a false statement.

    E. I understand it is my attorney's duty to examine the facts of the case and advise me as to what plea I should enter. I also understand that it is my attorney's duty to abide my wishes. If my attorney refused to do so, I would inform the judge immediately.

F. I understand anything I discuss with my attorney is privileged and confidential, and cannot be revealed without my permission. Knowing this, I agree that this agreement may be filed among the papers in my case.

G. I am completely satisfied with the representation and advice that I have received from my attorney in this case.

*RMBerry*           3-16-06

**RODNEY MICHAEL BERRY,**          DATE
Defendant

As Counsel for the defendant, I have discussed with him the terms of this plea agreement, have fully explained the charge to which he is pleading guilty and the necessary elements, all possible defenses, and the consequences of his plea. Based on these discussions, I have no reason to doubt that the defendant is knowingly and voluntarily entering into this agreement and entering a plea of guilty. I know of no reason to question his competency to make these decisions. If, prior to the imposition of sentence, I become aware of any reason to question the defendant's competency to enter into this plea agreement or to enter a plea of guilty, I will immediately inform the Court.

*C Gelles for*          3/20/06

**M.J. HADEN,**          DATE
Attorney for Defendant

DATED this _24th_ day of _March_, 2006.

                        Respectfully submitted,
                        DEBORAH M. SMITH
                        Acting United States Attorney

                        /s/ J. Thomas Bartleson
                        Special Assistant U.S Attorney
                        101 12th Avenue
                        Box 2, Room 310
                        Fairbanks, AK  99701
                        Telephone: (907) 353-6513/6510
                        Fax:  (907) 353-6501
                        tom.bartleson@us.army.mil

RODNEY MICHAEL BERRY,          MJ Haden,
Defendant                         Attorney for Defendant