DEBORAH M SMITH
Acting United States Attorney

J. THOMAS BARTLESON
Special Assistant U.S. Attorney
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Telephone: (907)353-6554/6500
Fax:(907)353-6501

Attorneys for the Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>     Plaintiff,<br><br>     v.<br><br>**RODNEY MICHAEL BERRY,**<br><br>     Defendant | Case No.  4:05-CR-00038 (TWH)<br><br>**COUNT ONE**<br>Reckless Driving<br>AK § 28.35.040<br><br>**SUPERSEDING INFORMATION** |

### S U P E R S E D I N G   I N F O R M A T I O N

THE SPECIAL ASSISTANT UNITED STATES ATTORNEY CHARGES:

#### COUNT ONE

That on or about the 22nd day of January, 2005, at Fort Wainwright, Alaska, a military reservation in the District of Alaska acquired for the use of the United States and under the concurrent jurisdiction thereof, the Defendant RODNEY MICHAEL BERRY, did unlawfully drive a motor vehicle in a manner that created a substantial and unjustifiable risk of harm to a person or property, in violation

of  Alaska Statutes § 28.35.040 as assimilated into federal law by operation of 18 U.S.C. § 13.

Dated this 20th Day of April, 2006, at Fort Wainwright, Alaska.

                                  DEBORAH M. SMITH
                                  ACTING UNITED STATES ATTORNEY

                                  s/J. Thomas Bartleson
                                  J. Thomas Bartleson
                                  Special Assistant U.S. Attorney
                                  101 12th Avenue, Room 310
                                  Fairbanks, Alaska 99701
                                  Telephone: (907)353-6513/6500
                                  Fax:(907)353-6501
                                  MT Bar Number:  6009

**CERTIFICATE OF SERVICE**

I certify that on April 20th, 2006,
a copy of this SUPERSEDING INFORMATION
was served electronically on:

M.J. Haden


/s/ J. Thomas Bartleson